# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| KIMBERLY GRAYDEN, <br><br>*Plaintiff-Appellant,* <br><br>v. <br><br>SPRING CREEK ENERGY PARTNERS, LLC and JASON L. EDDINGTON, <br><br>*Defendants-Appellees.* | No. 22-1097 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Tenth Circuit Rule 27.6, plaintiff-appellant Kimberly Grayden respectfully moves this Court for a 14-day extension of time, through and including June 6, 2022, in which to file her opening brief in the above-captioned case. Counsel for plaintiff has conferred with counsel for defendants-appellees, who state that defendants-appellees do not oppose the relief requested in this motion. *See* 10th Cir. R. 27.6(C)(2). Plaintiff has not filed any earlier motion seeking an extension of time to file its response brief. *See* 10th Cir. R. 27.6(C)(3). Plaintiff's opening brief

currently is due to be filed on May 23, 2022, *see* 10th Cir. R. 27(C)(1), and this motion is therefore being filed more than three days before that date, 10th Cir. R. 27.6(B). In support of this motion, plaintiff states as follows:

1. This appeal is from a judgment entered by the district court on March 31, 2022. *See* D. Ct. Dkt. No. 104. In an order entered that same day, the district court granted defendants-appellees' motion for summary judgment. *See* D. Ct. Dkt. No. 103.

2. On April 1, 2022, plaintiff timely filed a notice of appeal from the district court's dismissal of her lawsuit. *See* D. Ct. Dkt. No. 105.

3. Plaintiff respectfully requests a 14-day extension of time to file her opening brief.

4. This extension of time is necessary to allow counsel for plaintiff to fully and adequately address the numerous and complex legal questions presented in this case. This extension of time is also warranted in light of the fact that counsel for plaintiff currently are handling numerous other pressing matters before various federal and state appellate and trial courts over the next several weeks.

5. As noted, counsel for plaintiff have conferred with counsel for defendants-appellees with respect to this motion, and counsel for

defendants-appellees have stated that they do not oppose the requested extension until June 6, 2022.

6. The modest extension plaintiff seeks will not prejudice any party to this appeal, which explains why no party to this appeal objects.

## CONCLUSION

For these reasons, plaintiff Kimberly Grayden respectfully requests a 14-day extension of time, up to and including June 6, 2022, in which to file her opening brief.

Dated: May 11, 2022                    Respectfully submitted,

/s/ John K. Crisham
John K. Crisham
CRISHAM & HOLMAN LLC
2549 W. Main Street, Suite 202
Littleton, Colorado 80120
(720) 739-2175
john@crishamholman.com

*Counsel for Plaintiff-Appellant*

# CERTIFICATE OF COMPLIANCE WITH RULE 27(d)(2)(A)

1. This motion complies with Fed. R. App. P. 27(d)(2)(A) because it contains 374 words, thus not exceeding the 5,200-word limit.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5), and the type-style requirements of Fed. R. App. P. 32(a)(6) and 10th Cir. R. 32(a), because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

Dated: May 11, 2022

/s/ John K. Crisham
John K. Crisham

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that with respect to the foregoing motion that:

(1)  all required privacy redactions have been made;

(2)  if required to file additional hard copies, that the ECF submission is an exact copy of those documents; and

(3)  the digital submission has been scanned for viruses with the most recent version of a commercial virus scanning program, Microsoft Defender Antivirus, last updated May 11, 2022, and according to the program, is free of viruses.

Dated: May 11, 2022

/s/ John K. Crisham
John K. Crisham

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2022, I electronically filed the foregoing motion with the Clerk of Court for the United States Court of Appeals for the Tenth Circuit using the appellate CM/ECF system. The participants in this case are registered CM/ECF users and service will be accomplished via the appellate CM/ECF system.

/s/ John K. Crisham
John K. Crisham